BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
ENERGY SHIPPING S.p.A.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ENERGY SHIPPING S.p.A.,

          Plaintiff,

-against-

QANNAS SHIPPING CO.,

          Defendant.
---------------------------------------------------------------X

07 Civ. 1837 (VM)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, ENERGY SHIPPING S.p.A., certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
       March 2, 2007

                                            BROWN GAVALAS & FROMM LLP
                                            Attorneys for Plaintiff
                                            ENERGY SHIPPING S.p.A.

By: _____
      Peter Skoufalos (PS-0105)
      355 Lexington Avenue
      New York, New York 10017
      212-983-8500