UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENERGY SHIPPING S.p.A.,<br>     Plaintiff,<br><br>    v.<br><br>QANNAS SHIPPING CO.<br>  Defendants | **CERTIFICATE OF MAILING**<br><br><br><br>07 CV 1837 (VM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**21nd day of August, 2007**

I served the

Summons, Verified Complaint, and Order

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**2nd day of March, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

<u>8577  9076  4605</u>   *J. Michael McMahon*
                CLERK

Dated: New York, NY

# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

August 16, 2007

HARRY A. GAVALAS
(1978-1999)

---

**FedEx Express International Air Waybill**   /0031/0050/0033692870/0

**1 From:**
Date: 08/16/07
Sender's FedEx Account Number: 2409-5949-6
Sender's Name: Peter Skoufalos
Phone: (212) 983-8500
Company: BROWN GAVALAS & FROMM LLP
Address: 355 LEXINGTON AVE FL 4
City: NEW YORK   State/Province: NY
Country: US   ZIP/Postal Code: 10017

**2 To:**
Recipient's Name:
Company: Qannas Shipping Co.
Address: 1 Costaki Pantelides Avenue
City: Nicosia
Country: Cyprus

**4 Express Package Service:** ☒ FedEx Intl. Economy

**5 Packaging:** ☒ FedEx Envelope

**7a Payment:** ☒ Sender

**7b Payment (duties and taxes):** ☒ Sender

**8 Your Internal Billing Reference:** 716.0038

**FedEx Tracking Number:** 8577 9076 4605