UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ENERGY SHIPPING S.p.A.,<br><br>        Plaintiff,<br><br>V.<br><br>QANNAS SHIPPING CO. and EMIRATES TRADING AGENCY LLC,<br><br>        Defendants | **CERTIFICATE OF MAILING**<br><br><br><br>07 CV 1837 (VM) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**21ⁿᵈ day of August, 2007**

I served the

Summons, Verified Complaint, and Order

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**6ᵗʰ day of April, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

<u>8577  9076  4590</u>   *J. Michael McMahon*
                                            CLERK

Dated: New York, NY

# BROWN GAVALAS & FROMM LLP

355 LEXINGTON AVENUE
NEW YORK, NEW YORK 10017

TEL: (212) 983-8500
FAX: (212) 983-5946
www.browngavalas.com
bgmail@browngavalas.com

NEW JERSEY OFFICE

1118 CLIFTON AVENUE
CLIFTON, NJ 07013
TEL: (973) 779-1116
FAX: (973) 779-0739

---

**FedEx Express — International Air Waybill**

/0030/0050/0033652870/4

**1 From** — Date: 08/16/07 — Sender's FedEx Account Number: 2409-5949-6
Sender's Name: Peter Skoufalos — Phone: (212) 983-8500
Company: BROWN GAVALAS & FROMM LLP
Address: 355 LEXINGTON AVE FL 4
City: NEW YORK — State/Province: NY
Country: US — ZIP Postal Code: 10017

**2 To** — Recipient's Name: ___ — Phone: ___
Company: Emirates Trading Agency LLC
Address: PO Box 5239, Diera
City: Dubai
Country: United Arab Emirates

**4 Express Package Service:** [X] FedEx Intl. Economy

**5 Packaging:** [X] FedEx Envelope

**7a Payment Bill transportation charges to:** [X] Sender

**7b Payment Bill duties and taxes to:** [X] Sender

**8 Your Internal Billing Reference:** 716.0033

**FedEx Tracking Number:** 8577 9076 4590

---

Enclosure