BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
ENERGY SHIPPING S.p.A.
355 Lexington Avenue
New York, New York 10017
212-983-8500

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-7-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ENERGY SHIPPING S.p.A.,

            Plaintiff,

  -against-

QANNAS SHIPPING CO. and EMIRATES
TRADING AGENCY LLC,

            Defendants.
-----------------------------------------------------------X

07 Civ. 1837 (VM)

**NOTICE OF DISMISSAL AND ORDER DIRECTING WITHDRAWAL AND CANCELLATION OF RULE B ATTACHMENT**

1.    On application of the Plaintiff, the original and supplemental process of maritime attachment and garnishment issued in this action is hereby withdrawn.

2.    Garnishee, Mashreq Bank, which is restraining property of the defendant EMIRATES TRADING AGENCY LLC in the amount of $159,397.94, is hereby directed to release those funds and otherwise remove any restraints imposed upon same by virtue of the subject attachment.

3.    On consent of defendant EMIRATES TRADING AGENCY LLC, all funds held by said Garnishee shall be remitted without delay to the following Attorney Escrow Account:

**Settlement** Escrow Account :
Citibank, N.A.
120 Broadway
New York, NY 10271
SWIFT Code: CITIUS33
ABA No. 021 000 089
Account No. **37032209** – United States Dollars
Payee Name: Freehill, Hogan & Mahar
NYDOCS1/295074.1

1

4.    This action is dismissed with prejudice and without costs to either party.

Dated: New York, New York
December 7, 2007

SO ORDERED: 7 December 2007

_____
U.S.D.J.   Victor Marrero